# ELECTRONIC RECORD

COA #   05-13-00017-CR                    OFFENSE: Sex Offenses

STYLE:  Robert Tracy Warterfield v. The
        State of Texas                    COUNTY:  Collin

COA DISPOSITION:    AFFIRM                TRIAL COURT: 416th Judicial District Court

DATE: 8/27/2014          Publish: NO     TC CASE #:    416-80757-2011

## IN THE COURT OF CRIMINAL APPEALS

STYLE:  Robert Tracy Warterfield v. The
        State of Texas                    CCA #:      1314-14

_____APPELLANT'S_____ Petition            CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE:        _____

_____refused_____                         JUDGE:       _____

DATE: Feb 4, 2014                         SIGNED: _____    PC: _____

JUDGE: PC                                 PUBLISH: _____   DNP: _____

----------------------

                        _____PRO  SE_____ MOTION FOR
                        REHEARING IN CCA IS: denied
                        JUDGE: PC    Mar. 4, 2015

**ELECTRONIC RECORD**

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS    FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 05-13-00017-CR

3/4/2015

WARTERFIELD, ROBERT TRACY    Tr. Ct. No. 416-80757-2011    PD-1314-14

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

5TH COURT OF APPEALS  CLERK
LISA MATZ
600 COMMERCE, 2ND FLOOR
DALLAS, TX  75202
* DELIVERED VIA E-MAIL *